# UNITED STATES DISTRICT COURT

for the

Northern District of Georgia

<u>Atlanta</u> Division



| | | |
|---|---|---|
| Julia M Robinson | ) | Case No. **1:23-CV-0043** |
| | ) | *(to be filled in by the Clerk's Office)* |
| *Plaintiff(s)* | ) | |
| *(Write the full name of each plaintiff who is filing this complaint.* | ) | |
| *If the names of all the plaintiffs cannot fit in the space above,* | ) | |
| *please write "see attached" in the space and attach an additional* | ) | |
| *page with the full list of names.)* | ) | |
| -v- | ) | |
| The United States Of America | ) | |
| FedEx Inc., FedEx | ) | |
| John Does | ) | |
| Jane Does | ) | |
| *Defendant(s)* | ) | |
| *(Write the full name of each defendant who is being sued. If the* | ) | |
| *names of all the defendants cannot fit in the space above, please* | ) | |
| *write "see attached" in the space and attach an additional page* | ) | |
| *with the full list of names.)* | ) | |

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

JAN 0 4 2023

KEVIN P. WEIMER, Clerk
By: _____ Deputy Clerk

## COMPLAINT AND REQUEST FOR INJUNCTION

### I.    The Parties to This Complaint

#### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Julia M Robinson |
| Street Address | 2451 Cumberland Pkwy SE Suite 3320 |
| City and County | Atlanta Cobb |
| State and Zip Code | Ga 30339 |
| Telephone Number | (424)-202-1130 |
| E-mail Address | Juliamrobinson1981@protonmail.com |

#### B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

## II.    Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☑ Federal question                          ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.    If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.
The Federal Tort Claims Act (28 U.S.C. 1291, 1346, 1402, 2401, 2402, 2411, 2412, and 2671 through 2680) PLEASE SEE ATTACHED DOCUMENTS

### B.    If the Basis for Jurisdiction Is Diversity of Citizenship

1.    The Plaintiff(s)

   a.    If the plaintiff is an individual

       The plaintiff, *(name)*  Julia M Robinson                          , is a citizen of the

       State of *(name)*  Georgia                          .

   b.    If the plaintiff is a corporation

       The plaintiff, *(name)*                          , is incorporated

       under the laws of the State of *(name)*                          ,

       and has its principal place of business in the State of *(name)*

       _____ .

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.    The Defendant(s)

   a.    If the defendant is an individual

       The defendant, *(name)*                          , is a citizen of

       the State of *(name)*                          . Or is a citizen of

       *(foreign nation)*                          .

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

Defendant No. 1

| | |
|---|---|
| Name | The United States Of America |
| Job or Title *(if known)* | U.S. Department Of Justice |
| Street Address | 950 Pennsylvania Avenue, NW |
| City and County | Washington DC |
| State and Zip Code | Washington DC, 20530 |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 2

| | |
|---|---|
| Name | FedEx Inc., FedEx |
| Job or Title *(if known)* | Corporate Office |
| Street Address | 942 S Shady Grove Rd |
| City and County | Memphis, |
| State and Zip Code | Tennessee, 38120 |
| Telephone Number | (901)-818-7500 |
| E-mail Address *(if known)* | |

Defendant No. 3

| | |
|---|---|
| Name | Jane Does |
| Job or Title *(if known)* | |
| Street Address | 950 Pennsylvania Avenue, NW |
| City and County | Washington DC |
| State and Zip Code | Washington DC, 20530 |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 4

| | |
|---|---|
| Name | John Does |
| Job or Title *(if known)* | |
| Street Address | 950 Pennsylvania Avenue, NW |
| City and County | Washington DC |
| State and Zip Code | Washington DC, 20530 |
| Telephone Number | |
| E-mail Address *(if known)* | |

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

## II.    Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☑ Federal question                    ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.    If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.
The Federal Tort Claims Act (28 U.S.C. 1291, 1346, 1402, 2401, 2402, 2411, 2412, and 2671 through 2680) PLEASE SEE ATTACHED DOCUMENTS

### B.    If the Basis for Jurisdiction Is Diversity of Citizenship

1.    The Plaintiff(s)

a.    If the plaintiff is an individual

The plaintiff, *(name)* Julia M Robinson                    , is a citizen of the

State of *(name)*  Georgia                    .

b.    If the plaintiff is a corporation

The plaintiff, *(name)*                    , is incorporated

under the laws of the State of *(name)*                    ,

and has its principal place of business in the State of *(name)*

                    .

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.    The Defendant(s)

a.    If the defendant is an individual

The defendant, *(name)*                    , is a citizen of

the State of *(name)*                    . Or is a citizen of

*(foreign nation)*                    .

C.     **What are the facts underlying your claim(s)?** *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*
PLEASE SEE ATTACHMENT DOCUMENTS

## IV.    Irreparable Injury

Explain why monetary damages at a later time would not adequately compensate you for the injuries you sustained, are sustaining, or will sustain as a result of the events described above, or why such compensation could not be measured.
PLEASE SEE ATTACHMENT DOCUMENTS

## V.    Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.
The Plaintiff damages total $280,570,900.00 The Defendants did send a letter from the Department of Justice letting her know they received her claim. The Defendants still chose to participate until present day in on illegal, barbaric, and unconstitutional WAR CRIMES against The  Plaintiff and her family. The Defendants had a duty and owed service to the plaintiff/victim. The Defendants failed that duty, and violated a promise or obligation to the Plaintiff. The Plaintiff suffered actual losses, injuries, and damages that were directly caused by the Defendants actions or failure to act. The Plaintiff and her children are going to need hired security for the rest of their lives because of the amount of people, Companies, and U.S. Government Employee's involved in these WAR crimes against the Plaintiff. The facts above are showing that the Plaintiff is entitled to have this injunction and other relief sought in this complaint granted. PLEASE SEE ATTACHED DOCUMENTS FOR FULL ANSWER OF WHY RELIEF SHOULD BE GRANTED.

    b.    If the defendant is a corporation

The defendant, *(name)* FedEx Inc., FedEx _____, is incorporated under

the laws of the State of *(name)* Tennessee _____, and has its

principal place of business in the State of *(name)* Tennessee _____.

Or is incorporated under the laws of *(foreign nation)* _____,

and has its principal place of business in *(name)* FedEx Inc., FedEx _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

PLEASE SEE ATTACHMENT DOCUMENTS

## III.    Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the injunction or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.    Where did the events giving rise to your claim(s) occur?

FedEx 2179 NE 163 ST North Miami Beach FL 33162 on October 25, 2019 (10/25/2019)
The North Miami Beach Police Station Fall/Winter 2019, this Station has surveillance running 24hours a day 7 days a week, they should have surveillance.
PLEASE SEE ATTACHED DOCUMENTS

B.    What date and approximate time did the events giving rise to your claim(s) occur?

FedEx 2179 NE 163 ST North Miami Beach FL 33162 on October 25, 2019 (10/25/2019) 4:00pm to 7:00pm
The North Miami Beach Police Station Fall/Winter 2019, this Station has surveillance running 24hours a day 7 days a week, they should have surveillance.
PLEASE SEE ATTACHED DOCUMENTS

C.   **What are the facts underlying your claim(s)?** *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*
**PLEASE SEE ATTACHMENT DOCUMENTS**

## IV.   Irreparable Injury

Explain why monetary damages at a later time would not adequately compensate you for the injuries you sustained, are sustaining, or will sustain as a result of the events described above, or why such compensation could not be measured.
**PLEASE SEE ATTACHMENT DOCUMENTS**

## V.   Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.
The Plaintiff damages total $280,570,900.00 The Defendants did send a letter from the Department of Justice letting her know they received her claim. The Defendants still chose to participate until present day in on illegal, barbaric, and unconstitutional WAR CRIMES against The  Plaintiff and her family. The Defendants had a duty and owed service to the plaintiff/victim. The Defendants failed that duty, and violated a promise or obligation to the Plaintiff. The Plaintiff suffered actual losses, injuries, and damages that were directly caused by the Defendants actions or failure to act. The Plaintiff and her children are going to need hired security for the rest of their lives because of the amount of people, Companies, and U.S. Government Employee's involved in these WAR crimes against the Plaintiff. The facts above are showing that the Plaintiff is entitled to have this injunction and other relief sought in this complaint granted. PLEASE SEE ATTACHED DOCUMENTS FOR FULL ANSWER OF WHY RELIEF SHOULD BE GRANTED.

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

## VI.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:            01/03/2022

Signature of Plaintiff

Printed Name of Plaintiff      Julia M Robinson

### B.    For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney      Julia M Robinson

Bar Number                        NONE

Name of Law Firm              NONE

Street Address                    2451 Cumberland Pkwy SE Suite 3320

State and Zip Code             Atlanta Ga 30339

Telephone Number             (424)-202-1130

E-mail Address                   Juliamrobinson1981@protonmail.com

**Julia M Robinson**

**2451 Cumberland Pkwy SE Suite 3320 Atlanta Cobb Ga 30339**

**(424)-202-1130**

**Juliamrobinson1981@protonmail.com**

**Plaintiff:**

**Julia M Robinson**

-V-

**Defendants:**

**The United States Of America**
**U.S. Department Of Justice**
**950 Pennsylvania Avenue, NW**
**Washington DC 20530**

**FedEx Inc., FedEx**
**942 S Shady Grove Rd, Memphis, Tennessee, 38120**

**Jane Does**

**John Does**

**COMPLAINT AND REQUEST FOR INJUNCTION**

**Answers to Questions:**

**A. If the Basis for Jurisdiction Is a Federal Question**

**List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.**

The Federal Tort Claims Act (28 U.S.C. 1291, 1346, 1402, 2401, 2402, 2411, 2412, and 2671 through 2680) ( August 2, 1946, ch.646, Title IV, 60 Stat. 812, 28 U.S.C. Part VI, Chapter 171 and 28 U.S.C. § 1346, Civil Rights Lawsuit: Text of Section 1983, Personal Injury ( Sec. 95.11(3)(a)&(o)., Claims Against State & Local Governments (Sec.768.28(6)., No Cap On Pain and Suffering (Sec. 768.28(5)., 768.73 Punitive Damages, 18 U.S. Code § 1964 Civil Remedies, Civil Rights Act Of 1964, Official Misconduct under Florida Statute 838.022, Statute § 838.014(4), Florida Statute § 838.014(5), 768.31 Contribution Among Tortfeasors, Florida Statute 768.0755, 18 U.S. Code § 2261A - Stalking, U.S. Code § 2332a - Use of weapons of mass destruction, Title 18, U.S.C., Section 241 Conspiracy Against Rights, Title 18, U.S.C., Section 242 Deprivation of Rights Under Color of Law, 784.011 Assault, 18 U.S. Code § 1505 - Obstruction of proceedings before departments, agencies, and committees, 42 U.S. Code § 3617 - Interference, coercion, or intimidation, 18 U.S. Code § 1512 - Tampering with a witness, victim, or an informant, Obstruction of Justice: Witness Tampering (18 U.S.C. §§ 1512, 1503), 18 U.S. Code § 2441 - War crimes: intentional attacks against civilians; torture; unlawful confinement; 18 U.S. Code § 1038. False information and hoaxes, Future Medical Expenses, Household Services ( In Home Services ), Loss of Consortium, Loss of Enjoyment of Life, Loss of Society and Companionship, Lost Wages, Medical Expenses, Mental Anguish, Pain and Suffering, Special Damages, Lost Some Earning Capacity, Disfigurement, Loss of Affection, Intentional Tort, Invasion of Privacy, Intentional Infliction of Emotional Distress, Slander, Libel, Defamation, Breach of Duty too use Caution and Care, and Other Charges.

Violations of the following Constitutional Rights:

First Amendment
Fourth Amendment
Fifth Amendment
Sixth Amendment
Eighth Amendment
Fourteenth Amendment

B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. Defendants:

The United States Of America
U.S. Department Of Justice

950 Pennsylvania Avenue, NW

Washington DC 20530

Jane Does

John Does

b. If the defendants are
corporations

FedEx Inc., FedEx
942 S Shady Grove Rd, Memphis, Tennessee, 38120

Jane Does

John Does

III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as
possible the facts showing that each plaintiff is entitled to the injunction or other relief sought.
State how each defendant was involved and what each defendant did that caused the plaintiff
harm or violated the plaintiff's rights, including the dates and places of that involvement or
conduct. If more than one claim is asserted, number each claim and write a short and plain
statement of each claim in a separate paragraph. Attach additional pages if needed.

1. The Plaintiff's name is Julia M Robinson, She's a proud law abiding Black American Citizen
   and mother of two beautiful children. She Is extremely hard working to provide for her
   family as an Entrepreneur.

2. On July 8, 2019 the Plaintiff witnessed other rouge U.S. Government Employees in prior
   criminal cases against her family blatantly violate her families Constitutional Rights and
   break several laws in that state. The Plaintiff did proper internal affairs investigation
   complaints, sworn statements, and complaints with several U.S. Government
   Departments about what she saw and heard literally right in front of her performed with
   so much arrogance coupled with authoritarianism so effortlessly by these rouge U.S.
   Government Employee's.

3. **The Plaintiff now knows way better than she ever knew before about The United States Criminal and Civil Judicial System.**

4. **The Plaintiff never desired to run for political office or work in government. Even after the Plaintiff and her family was assaulted, harassed, stalked, and other War Crimes committed by The Defendants. The Plaintiff never submitted to The U.S. Government by becoming a Federal Informant or any form of an employee through our government. The Defendants have broken many laws for over three (3) years illegally and desperately to attempt to have The Plaintiff and her family jailed to not be accountable and continue to cover up crimes committed against The Plaintiff and her family by The Defendants.**

5. **The Plaintiff has never consented and will never consent to any form of human experimentation performed on her and her children by any Governments, Universities, College's, Hospitals, Doctors, Insurance Companies, Attorney's, Profited Organizations, Non-Profited Organizations, Military Department's, Federal and State local Government Department's, Public Entities, Private Entities, Churches, Jane Doe's, John Doe's, Contractors, and Subcontractors here on earth or in space.**

6. **The Plaintiff does understand that it's not against the law to do proper legal complaints against U.S. Government Employees. The Plaintiff also realized after hearing different U.S. Government Corrupt Employee's ask over and over " Are you on medication ? " Do you want to hurt yourself ? " that these are arrogant fascist gaslighting fear tactics. The Plaintiff understands that fear has no power if you don't feed it and always knew fear isn't of GOD. The Plaintiff was retaliated against by U.S. Government Employees for doing U.S. Government Complaints against U.S. Government Employees. The Plaintiff's First Amendment Rights were violated. Congress shall make no law respecting an establishment of religion, or prohibiting the free exercise thereof; or abridging the freedom of speech, or of the press, or the right of the people peaceably to assemble, and to petition the Government for a redress of grievances.**

7. **The Plaintiff was at FedEx Office Store at 2179 NE 163 ST North Miami Beach FL 33162 on October 25, 2019 ( 10/25/2019 ). She stopped there to print out a document that she had to send to Tallahassee FL for her Domestic Partners Fraudulent Criminal Case. She was attacked with a biochemical weapon/toxin/pesticide that she was either sprayed with, purposely placed on surfaces, or inhaled in the area she was in inside of this FedEx location. It was a group people that participated including the FedEx Employee's in this**

racial hate crime against her, they all were white/European dissent except for one of them. Her neck broke out in a rash, her lymph nodes swelled up, she felt nauseous, light headed, her skin was burning/itching, and she was breathing heavily.

8. This was a Fake and not well thought out/planned CIA/FBI 007's setup/entrapment, One of The Defendants (John Doe) was a younger European dissent customer ( with a strong Russian like accent that barley spoke English, with a beard on his face, blueish grey collared short sleeved shirt, plaid shorts that were above his knees, black socks with black greyish dirty sneakers) he passed the Latino Male FedEx Office Employee a note/ paper and money/cash and the FedEx Employee was happy ( He smirked ). This same younger European dissent customer/defendant ( with a strong European like accent that barley spoke English went out of the back door and came back in the store claiming someone broke in his car (This was staged). Another defendant ( Jane Doe) was a female Latino customer (Whom didn't purchase anything) she kept walking all around The Plaintiff and paced back and forth. The Plaintiff believes she was one of them that released the toxins ( she was short with a fat stomach, cheap thin black tights worn as pants, red short sleeved collared shirt, dark brown roots with dark blonde brown tips in her hair, had on a back pack, with black sneakers and she got out of a red Hyundai tag # HUY-E71 ). Another Defendant (John Doe) (black young guy, bald head, black pants, grey/ blueish sweat shirt with black Cal logo, white sneakers) whom came in and out of the store, also sat next to The Plaintiff while she sat at a desk/cubical, he kept walking in and out of this restaurant in the same plaza/building, and he kept walking by the car that brought The Plaintiff there where the camera recorder was also rolling to catch them all. Another Defendant (John Doe) was a white/Latino Male who hacked the printer and possibly my device (beard on his face, hair was balding at the top with sunglasses on head behind ears, Black T-shirt with neon yellow/green logo, black swim shorts with neon yellow/green logo, Nike air max with grey/neon yellow or green sneakers with air bubbles and drove the black Chevy tag # LCD-B63). Another Defendant (John Doe) (White Thin Male that had just sniffed so hard as if he was just sniffing drugs and wiping under his noise continuously) paced back and forth like he was nervous as a form of a distraction to possibly release the toxins/pesticides/biochemical weapons or to distract The Plaintiff while someone behind her or in the area she was in released toxins/pesticides/ biochemical weapons. He didn't purchase anything as he stood at the front counter to make sure the attack that they set out to do was done. The Latino Male FedEx Employee Defendant conveniently disappeared in a back room this store has behind the counter. At this time The Plaintiff was the only person in this area at the desk near the back door. It was also a European/or Latino female FedEx Employee (that wore a medical mask) that

was called outside by the younger Defendant European dissent customer (with a European accent) that had his car broken into (This was Staged the North Miami Beach cop that came was there in parking lot before the police was called and he was in squad small SUV truck # 2521). This is when more of the toxins were released while The Plaintiff was in that area of the store. The Plaintiff wore a medical mask and jacket and still was affected by these toxins. The Plaintiff could have died had she not thought fast for alternative holistic meds for temporary stabilization for some of her symptoms, she still was sick from this.

9. The Plaintiff has pictures and videos of a red Hyundai tag # HUY-E71 and Black Chevy tag # LCD-B63 and of most of this attack ( Fake CIA/FBI 007's setup/entrapment) that took place at this FedEx Office Location.

10. This was an inside job/staged/ orchestrated by The Defendants at The North Miami Beach Police Department, The FedEx Employee's at this location, John Does and Jane Does, and other U.S. Government Employee's.

11. It was another FedEx Employee (truck driver) that was a driver that was signaling the cop (North Miami Beach squad small SUV truck # 2521) when he walked outside.

12. When The Plaintiff left this location the same cop (North Miami Beach squad small SUV truck # 2521) that was apart of this crime he flipped The Plaintiff the middle finger as she walked to the car to leave this location.

13. The Plaintiff went to the North Miami Beach Police Station days later (Dates The Plaintiff went to the North Miami Beach Police Department 11/20/2019, 11/22/2019, 12/02/2019, and possibly more dates) to do a police report and she spoke with two officers (When she went to these stations she either recorded or called family to have a witness) for these interactions. The Plaintiff then went back to this same station to pick up the report, it was intentionally written incorrectly. Now why would this happen with a second and different police station, concealing of Criminals identities? Because the identities of The Defendants are of U.S. Government Employee's, Private Affiliates Of U.S. Government Employee's and Private Company Affiliate Criminal hires. When The Plaintiff picked up the report that was intentionally written incorrectly she spoke to another officer whom she recorded and showed him pictures and videos of what happened.

14. Another time The Plaintiff went to the same station again on 11/22/2019 and was given the

run around by another officer (Velken 359). He tried to insult The Plaintiff and tried to get her to argue with him after she showed him a picture of his fellow officer giving her the middle finger from the incident on 10/25/2019. He also threatened to baker act her because she was reporting his fellow officers and friends. **(Political abuse of psychiatry) and abuse of The Florida Baker Act Law (Involuntarily Baker Act).**

15. Another time The Plaintiff went to this same Police station she spoke with another officer and was given the run around and given the wrong email information for a detective. The Plaintiff did and internal affairs investigation with the North Miami Beach Police Station as well.

16. Another time The Plaintiff went to The North Miami Beach Police Station A Young White Guy Sat behind her as she sat at table waiting for an officer to come back to assist her burned her with a laser/weapon of mass destruction that looked like a smart phone or smart device, The Plaintiff thought he was taking pictures or recording her at first. The Plaintiff has this recorded with pictures of him covering the device up with his hands. The back of The Plaintiffs head and my ear was burning and was bruised. The Plaintiff believes this was done to get some kind of erratic reaction out of her while she was in the police station as to you can't see a laser weapon with the naked eye. Had she said something at that time to these officers inside this police station and had them call rescue about her skin burning on her ear and in the back of her head they would have surely Baker Acted her as this was all of their goal to get rid of the Witness and attempt to make her appear as if she was mentally unstable. The Plaintiff does have a lot of Knowledge and evidence about these weapons, therefore they exist. Weapons Of Mass Destruction are blatantly and clearly used by U.S. Government Facist Employee's that out of Desperation want to control the outcomes of court cases which in turn is Obstruction and Constitutional Violations.

17. These War Crimes have negatively affected The Plaintiffs life as well as her families life, these toxins/biochemical weapon from 10/25/2019 still present day has an I'll effect on her. In 2019 The Plaintiff had to move her child away for safety. Knowing that these people are still out here walking around free to possibly do it to again and possibly to someone else. This taught her that ANYONE is for hire. The Plaintiff no longer trust the U.S. Government and probably never will. What These U.S. Government Employees caused her to go through was life threatening, traumatizing, and left her to figure out things on her own with no assistance from the U.S. Government.

18. The Plaintiff was physically and mentally tortured by corrupt U.S. Government employees and possibly murdered from these toxins. This information was added to The Plaintiffs Domestic Partner criminal cases Pro' Se Motions to let the Eleventh Judicial Circuit Court know what The United States Of Americas Employee's did to the witness in his case. The Judge read the motion in open court, no investigation was done, and no one from The State of Florida properly assisted The Plaintiff with any form of witness protection/ information for witness protection.

19. All of The Defendants abused process by tampering with the witness, also by assisting FedEx Employees and criminals inside of FedEx on a failed criminal set up and assault, and the criminal judicial process by not properly reporting and writing The Plaintiffs police report and doing a proper investigation. The Department of Justice and The Federal Bureau of Investigations were either written or contacted in person and both departments abused process by not doing investigations at all or by instructing The Plaintiff she reached the wrong department when it was all along the right department to handle those civil rights violations complaints. The Plaintiff was already a witness in a open/current criminal case (The existence of an ulterior purpose or motive underlying the use of process, Some act in the use of the legal process not proper in the regular prosecution of the proceedings) (improper purpose). The United States Government and Private Companies involved also retaliated against The Plaintiff by hiring paid criminals/ informants to further assault, harass, stalk, vandalize private property, illegally and unconstitutionally subject The Plaintiff, her family, and other witnesses to poisonings and Harmful Illegal Human Experimentation/Research without The Plaintiffs consent that has negatively effected her and her families health and has put The Plaintiff and her family lives in danger so that The Defendants wouldn't have to face The Plaintiff in The Highest Courts in America.

16. The Plaintiff wasn't believed because She's a black woman whom just so happened to solve crimes committed against herself on her own with no help of U.S. Government Employees whom tried to save a White family from going to jail because they lied to have The Plaintiff's family illegally arrested. U.S. Government Employees participated in these crimes to cover up for each other after covering up for the White family.

17. The Plaintiff grew up poor and she lived in a poverty stricken neighborhood, no one has ever tried to kill The Plaintiff living in a poor neighborhood. U.S. Government Employees along with Affiliates attempted to take The Plaintiff's life away. The Plaintiff believes this was a political favor. Had The Plaintiff reacted violently to properly defend herself she

would have gone to jail as well and her families cases wouldn't have gotten to make it to court so that he could finally be released for something he never did.

18. The Plaintiff can now say she understands how the criminal judicial system works unfortunately. The Plaintiff was racially discriminated against by U.S. Government Employees. The Plaintiff will never forget what was done to her and how this negatively affected her and her families life. The Plaintiff will never forget how NO ONE IN Authoritative position that works for the U.S. Government helped or properly assisted her. The Plaintiff had to literally help herself by finding the chain of command to do complaints. The Plaintiff believes what happened to her and her family happens all the time by corrupt U.S. Government Employees. They collectively colluded to attempt to murder a black woman and her family to win a fraudulent criminal case. The Plaintiff have no regrets about telling the truth about what she saw regarding U.S. Government Employees Lying and abusing their power.

19. The Plaintiff also has admissible evidence of footage and photos of someone using military grade GPS tracking/spyware whom works for the U.S. Government tracking her locations down to the street name and numbers on the buildings. The Plaintiff was being unconstitutionally surveilled the whole time during those incidents. Thats why no officer properly investigated any of The Plaintiff cases because they all work for The U.S. Government and Private Company Affiliates.

20. Had The Plaintiff not had God in her life to give her knowledge and wisdom who knows what would've happened to her at that hotel. The Plaintiff will never forget any of it, those unfortunate encounters encouraged The Plaintiff to legally protect herself and her kids.

21. This incident has negatively affected The Plaintiff's life as well as her families life. In 2019 The Plaintiff had to move one of her children away for safety. Knowing that these people are still out here walking around free to possibly do it again to someone else is an out right injustice. This taught The Plaintiff that anyone is for hire. The Plaintiff no longer trust the U.S. Government and probably never will. What These U.S. Government Employees caused The Plaintiff to go through was life threatening, traumatizing, and left The Plaintiff to figure out things on her own with no assistance from the U.S. Government.

22. The Plaintiff filed a FTCA Claim through email to (USMSTORTClaims@usdoj.gov) USMSTortClaims USMS-OGC DOJ United States Marshals Service Crystal Gateway 3, 15th Floor Washington, DC 20530-0001 Telephone (703)-740-3943 Facsimile

23. The Defendants had a duty and owed service to the plaintiff/victim. The Defendants failed that duty, and violated promises, obligations, and contracts owed to the Plaintiff. The Plaintiff suffered actual losses, injuries, and damages that were directly caused by the Defendants actions or failure to act. The Plaintiff and her children are going to need hired security for the rest of their lives because of the amount of people, Jane Doe's, John Doe's, Private Companies, and U.S. Government Employee's involved in these War Crimes against the Plaintiff, Witnesses, and The Plaintiff's family. The Defendants Violated these Constitutional Rights of the Plaintiff: The First Amendment, The Fourth Amendment, The Fifth Amendment, The Sixth Amendment, The Eighth Amendment, and The Fourteenth Amendment. The facts in this entire complaint with evidence clearly show that the Plaintiff is entitled by law to have this injunction and other relief sought in this complaint lawfully granted. The Federal Tort Claims Act (28 U.S.C. 1291, 1346, 1402, 2401, 2402, 2411, 2412, and 2671 through 2680) ( August 2, 1946, ch.646, Title IV, 60 Stat. 812, 28 U.S.C. Part VI, Chapter 171 and 28 U.S.C. § 1346, Civil Rights Lawsuit: Text of Section 1983, Personal Injury ( Sec. 95.11(3)(a)&(o)., Claims Against State & Local Governments (Sec.768.28(6)., No Cap On Pain and Suffering (Sec. 768.28(5)., 768.73 Punitive Damages, 18 U.S. Code § 1964 Civil Remedies, Civil Rights Act Of 1964, Official Misconduct under Florida Statute 838.022, Statute § 838.014(4), Florida Statute § 838.014(5), 768.31 Contribution Among Tortfeasors, Florida Statute 768.0755, 18 U.S. Code § 2261A - Stalking, U.S. Code § 2332a - Use of weapons of mass destruction, Title 18, U.S.C., Section 241 Conspiracy Against Rights, Title 18, U.S.C., Section 242 Deprivation of Rights Under Color of Law, 784.011 Assault, 18 U.S. Code § 1505 - Obstruction of proceedings before departments, agencies, and committees, 42 U.S. Code § 3617 - Interference, coercion, or intimidation, 18 U.S. Code § 1512 - Tampering with a witness, victim, or an informant, Obstruction of Justice: Witness Tampering (18 U.S.C. §§ 1512, 1503), 18 U.S. Code § 2441 - War crimes: intentional attacks against civilians; torture; unlawful confinement; 18 U.S. Code § 1038. False information and hoaxes, Future Medical Expenses, Household Services ( In Home Services ), Loss of Consortium, Loss of Enjoyment of Life, Loss of Society and Companionship, Lost Wages, Medical Expenses, Mental Anguish, Pain and Suffering, Special Damages, Lost Some Earning Capacity, Disfigurement, Loss of Affection, Intentional Tort, Invasion of Privacy, Intentional Infliction of Emotional Distress, Slander, Libel, Defamation, Breach of Duty too use Caution and Care, and Other Charges.

24. On The Plaintiff's standard form 95 under number eight (8) she is correcting an error that

should state on the third sentence. The Plaintiff suffered an actual loss, injury, or damages that were directly caused by the Defendants actions, or failure to act.

**What are the facts underlying your claim(s)? (For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)**

1.  The Plaintiff's name is Julia M Robinson, She's a proud law abiding Black American Citizen and mother of two beautiful children. She Is extremely hard working to provide for her family as an Entrepreneur.

2.  On July 8, 2019 the Plaintiff witnessed other rouge U.S. Government Employees in prior criminal cases against her family blatantly violate her families Constitutional Rights and break several laws in that state. The Plaintiff did proper internal affairs investigation complaints, sworn statements, and complaints with several U.S. Government Departments about what she saw and heard literally right in front of her performed with so much arrogance coupled with authoritarianism so effortlessly by these rouge U.S. Government Employee's.

3.  The Plaintiff now knows way better than she ever knew before about The United States Criminal and Civil Judicial System.

4.  The Plaintiff never desired to run for political office or work in government. Even after the Plaintiff and her family was assaulted, harassed, stalked, and other War Crimes committed by The Defendants. The Plaintiff never submitted to The U.S. Government by becoming a Federal Informant or any form of an employee through our government. The Defendants have broken many laws for over three (3) years illegally and desperately to attempt to have The Plaintiff and her family jailed to not be accountable and continue to cover up crimes committed against The Plaintiff and her family by The Defendants.

5.  The Plaintiff has never consented and will never consent to any form of human experimentation performed on her and her children by any Governments, Universities, College's, Hospitals, Doctors, Insurance Companies, Attorney's, Profited Organizations, Non-Profited Organizations, Military Department's, Federal and State local Government Department's, Public Entities, Private Entities, Churches, Jane Doe's, John Doe's, Contractors, and Subcontractors here on earth or in space.

6.  The Plaintiff does understand that it's not against the law to do proper legal complaints

Case 1:23-cv-00043-MHC Document 1 Filed 01/04/23 Page 20 of 40

U.S. Government Corrupt Employee's ask over and over " Are you on medication ? " Do you want to hurt yourself ? " that these are arrogant fascist gaslighting fear tactics. The Plaintiff understands that fear has no power if you don't feed it and always knew fear isn't of GOD. The Plaintiff was retaliated against by U.S. Government Employees for doing U.S. Government Complaints against U.S. Government Employees. The Plaintiff's First Amendment Rights were violated. Congress shall make no law respecting an establishment of religion, or prohibiting the free exercise thereof; or abridging the freedom of speech, or of the press, or the right of the people peaceably to assemble, and to petition the Government for a redress of grievances.

7. The Plaintiff was at FedEx Office Store at 2179 NE 163 ST North Miami Beach FL 33162 on October 25, 2019 ( 10/25/2019 ). She stopped there to print out a document that she had to send to Tallahassee FL for her Domestic Partners Fraudulent Criminal Case. She was attacked with a biochemical weapon/toxin/pesticide that she was either sprayed with, purposely placed on surfaces, or inhaled in the area she was in inside of this FedEx location. It was a group people that participated including the FedEx Employee's in this racial hate crime against her, they all were white/European dissent except for one of them. Her neck broke out in a rash, her lymph nodes swelled up, she felt nauseous, light headed, her skin was burning/itching, and she was breathing heavily.

8. This was a Fake and not well thought out/planned CIA/FBI 007's setup/entrapment, One of The Defendants (John Doe) was a younger European dissent customer ( with a strong Russian like accent that barley spoke English, with a beard on his face, blueish grey collared short sleeved shirt, plaid shorts that were above his knees, black socks with black greyish dirty sneakers) he passed the Latino Male FedEx Office Employee a note/paper and money/cash and the FedEx Employee was happy ( He smirked ). This same younger European dissent customer/defendant ( with a strong European like accent that barley spoke English went out of the back door and came back in the store claiming someone broke in his car (This was staged). Another defendant ( Jane Doe) was a female Latino customer (Whom didn't purchase anything) she kept walking all around The Plaintiff and paced back and forth. The Plaintiff believes she was one of them that released the toxins ( she was short with a fat stomach, cheap thin black tights worn as pants, red short sleeved collared shirt, dark brown roots with dark blonde brown tips in her hair, had on a back pack, with black sneakers and she got out of a red Hyundai tag # HUY-E71 ). Another Defendant (John Doe) (black young guy, bald head, black pants, grey/blueish sweat shirt with black Cal logo, white sneakers) whom came in and out of the

store, also sat next to The Plaintiff while she sat at a desk/cubicle, he kept walking in and out of this restaurant in the same plaza/building, and he kept walking by the car that brought The Plaintiff there where the camera recorder was also rolling to catch them all. Another Defendant (John Doe) was a white/Latino Male who hacked the printer and possibly my device (beard on his face, hair was balding at the top with sunglasses on head behind ears, Black T-shirt with neon yellow/green logo, black swim shorts with neon yellow/green logo, Nike air max with grey/neon yellow or green sneakers with air bubbles and drove the black Chevy tag # LCD-B63). Another Defendant (John Doe) (White Thin Male that had just sniffed so hard as if he was just sniffing drugs and wiping under his noise continuously) paced back and forth like he was nervous as a form of a distraction to possibly release the toxins/pesticides/biochemical weapons or to distract The Plaintiff while someone behind her or in the area she was in released toxins/pesticides/ biochemical weapons. He didn't purchase anything as he stood at the front counter to make sure the attack that they set out to do was done. The Latino Male FedEx Employee Defendant conveniently disappeared in a back room this store has behind the counter. At this time The Plaintiff was the only person in this area at the desk near the back door. It was also a European/or Latino female FedEx Employee (that wore a medical mask) that was called outside by the younger Defendant European dissent customer (with a European accent) that had his car broken into (This was Staged the North Miami Beach cop that came was there in parking lot before the police was called and he was in squad small SUV truck # 2521). This is when more of the toxins were released while The Plaintiff was in that area of the store. The Plaintiff wore a medical mask and jacket and still was affected by these toxins. The Plaintiff could have died had she not thought fast for alternative holistic meds for temporary stabilization for some of her symptoms, she still was sick from this.

9. The Plaintiff has pictures and videos of a red Hyundai tag # HUY-E71 and Black Chevy tag # LCD-B63 and of most of this attack ( Fake CIA/FBI 007's setup/entrapment) that took place at this FedEx Office Location.

10. This was an inside job/staged/ orchestrated by The Defendants at The North Miami Beach Police Department, The FedEx Employee's at this location, John Does and Jane Does, and other U.S. Government Employee's.

11. It was another FedEx Employee (truck driver) that was a driver that was signaling the cop (North Miami Beach squad small SUV truck # 2521) when he walked outside.

12. When The Plaintiff left this location the same cop (North Miami Beach Squad small SUV truck # 2521) that was apart of this crime he flipped The Plaintiff the middle finger as she walked to the car to leave this location.

13. The Plaintiff went to the North Miami Beach Police Station days later (Dates The Plaintiff went to the North Miami Beach Police Department 11/20/2019, 11/22/2019, 12/02/2019, and possibly more dates) to do a police report and she spoke with two officers (When she went to these stations she either recorded or called family to have a witness) for these interactions. The Plaintiff then went back to this same station to pick up the report, it was intentionally written incorrectly. Now why would this happen with a second and different police station, concealing of Criminals identities? Because the identities of The Defendants are of U.S. Government Employee's, Private Affiliates Of U.S. Government Employee's and Private Company Affiliate Criminal hires. When The Plaintiff picked up the report that was intentionally written incorrectly she spoke to another officer whom she recorded and showed him pictures and videos of what happened.

14. Another time The Plaintiff went to the same station again on 11/22/2019 and was given the run around by another officer (Velken 339). He tried to insult The Plaintiff and tried to get her to argue with him after she showed him a picture of his fellow officer giving her the middle finger from the incident on 10/25/2019. He also threatened to baker act her because she was reporting his fellow officers and friends. **(Political abuse of psychiatry) and abuse of The Florida Baker Act Law (Involuntarily Baker Act).**

15. Another time The Plaintiff went to this same Police station she spoke with another officer and was given the run around and given the wrong email information for a detective. The Plaintiff did and internal affairs investigation with the North Miami Beach Police Station as well.

16. Another time The Plaintiff went to The North Miami Beach Police Station A Young White Guy Sat behind her as she sat at table waiting for an officer to come back to assist her burned her with a laser/weapon of mass destruction that looked like a smart phone or smart device, The Plaintiff thought he was taking pictures or recording her at first. The Plaintiff has this recorded with pictures of him covering the device up with his hands. The back of The Plaintiffs head and my ear was burning and was bruised. The Plaintiff believes this was done to get some kind of erratic reaction out of her while she was in the police station as to you can't see a laser weapon with the naked eye. Had she said something at that time to these officers inside this police station and had them call rescue

Baker Acted her as this was all of their goal to get rid of the Witness and attempt to make her appear as if she was mentally unstable. The Plaintiff does have a lot of Knowledge and evidence about these weapons, therefore they exist. Weapons Of Mass Destruction are blatantly and clearly used by U.S. Government Facist Employee's that out of Desperation want to control the outcomes of court cases which in turn is Obstruction and Constitutional Violations.

17. These War Crimes have negatively affected The Plaintiffs life as well as her families life, these toxins/biochemical weapon from 10/25/2019 still present day has an I'll effect on her. In 2019 The Plaintiff had to move her child away for safety. Knowing that these people are still out here walking around free to possibly do it to again and possibly to someone else. This taught her that ANYONE is for hire. The Plaintiff no longer trust the U.S. Government and probably never will. What These U.S. Government Employees caused her to go through was life threatening, traumatizing, and left her to figure out things on her own with no assistance from the U.S. Government.

18. The Plaintiff was physically and mentally tortured by corrupt U.S. Government employees and possibly murdered from these toxins. This information was added to The Plaintiffs Domestic Partner criminal cases Pro' Se Motions to let the Eleventh Judicial Circuit Court know what The United States Of Americas Employee's did to the witness in his case. The Judge read the motion in open court, no investigation was done, and no one from The State of Florida properly assisted The Plaintiff with any form of witness protection/ information for witness protection.

19. All of The Defendants abused process by tampering with the witness, also by assisting FedEx Employees and criminals inside of FedEx on a failed criminal set up and assault, and the criminal judicial process by not properly reporting and writing The Plaintiffs police report and doing a proper investigation. The Department of Justice and The Federal Bureau of Investigations were either written or contacted in person and both departments abused process by not doing investigations at all or by instructing The Plaintiff she reached the wrong department when it was all along the right department to handle those civil rights violations complaints. The Plaintiff was already a witness in a open/current criminal case (The existence of an ulterior purpose or motive underlying the use of process, Some act in the use of the legal process not proper in the regular prosecution of the proceedings) (improper purpose). The United States Government and Private Companies involved also retaliated against The Plaintiff by hiring paid criminals/

informants to further assault, harass, stalk, vandalize private property, illegally and unconstitutionally subject The Plaintiff, her family, and other witnesses to poisonings and Harmful Illegal Human Experimentation/Research without The Plaintiffs consent that has negatively effected her and her families health and has put The Plaintiff and her family lives in danger so that The Defendants wouldn't have to face The Plaintiff in The Highest Courts in America.

16.  The Plaintiff wasn't believed because She's a black woman whom just so happened to solve crimes committed against herself on her own with no help of U.S. Government Employees whom tried to save a White family from going to jail because they lied to have The Plaintiff's family illegally arrested. U.S. Government Employees participated in these crimes to cover up for each other after covering up for the White family.

17.  The Plaintiff grew up poor and she lived in a poverty stricken neighborhood, no one has ever tried to kill The Plaintiff living in a poor neighborhood. U.S. Government Employees along with Affiliates attempted to take The Plaintiff's life away. The Plaintiff believes this was a political favor. Had The Plaintiff reacted violently to properly defend herself she would have gone to jail as well and her families cases wouldn't have gotten to make it to court so that he could finally be released for something he never did.

18.  The Plaintiff can now say she understands how the criminal judicial system works unfortunately. The Plaintiff was racially discriminated against by U.S. Government Employees. The Plaintiff will never forget what was done to her and how this negatively affected her and her families life. The Plaintiff will never forget how NO ONE IN Authoritative position that works for the U.S. Government helped or properly assisted her. The Plaintiff had to literally help herself by finding the chain of command to do complaints. The Plaintiff believes what happened to her and her family happens all the time by corrupt U.S. Government Employees. They collectively colluded to attempt to murder a black woman and her family to win a fraudulent criminal case. The Plaintiff have no regrets about telling the truth about what she saw regarding U.S. Government Employees Lying and abusing their power.

19.  The Plaintiff also has admissible evidence of footage and photos of someone using military grade GPS tracking/spyware whom works for the U.S. Government tracking her locations down to the street name and numbers on the buildings. The Plaintiff was being unconstitutionally surveilled the whole time during those incidents. Thats why no officer properly investigated any of The Plaintiff cases because they all work for The U.S.

Government and Private Company Affiliates.

20. Had The Plaintiff not had God in her life to give her knowledge and wisdom who knows what would've happened to her at that hotel. The Plaintiff will never forget any of it, those unfortunate encounters encouraged The Plaintiff to legally protect herself and her kids.

21. This incident has negatively affected The Plaintiff's life as well as her families life. In 2019 The Plaintiff had to move one of her children away for safety. Knowing that these people are still out here walking around free to possibly do it again to someone else is an out right injustice. This taught The Plaintiff that anyone is for hire. The Plaintiff no longer trust the U.S. Government and probably never will. What These U.S. Government Employees caused The Plaintiff to go through was life threatening, traumatizing, and left The Plaintiff to figure out things on her own with no assistance from the U.S. Government.

22. The Plaintiff filed a FTCA Claim through email to (USMSTORTClaims@usdoj.gov) USMSTortClaims USMS-OGC DOJ United States Marshals Service Crystal Gateway 3, 15th Floor Washington, DC 20530-0001 Telephone (703)-740-3943 Facsimile (703)-740-3980

23. The Defendants had a duty and owed service to the plaintiff/victim. The Defendants failed that duty, and violated promises, obligations, and contracts owed to the Plaintiff. The Plaintiff suffered actual losses, injuries, and damages that were directly caused by the Defendants actions or failure to act. The Plaintiff and her children are going to need hired security for the rest of their lives because of the amount of people, Jane Doe's, John Doe's, Private Companies, and U.S. Government Employee's involved in these War Crimes against the Plaintiff, Witnesses, and The Plaintiff's family. The Defendants Violated these Constitutional Rights of the Plaintiff: The First Amendment, The Fourth Amendment, The Fifth Amendment, The Sixth Amendment, The Eighth Amendment, and The Fourteenth Amendment. The facts in this entire complaint with evidence clearly show that the Plaintiff is entitled by law to have this injunction and other relief sought in this complaint lawfully granted. The Federal Tort Claims Act (28 U.S.C. 1291, 1346, 1402, 2401, 2402, 2411, 2412, and 2671 through 2680) ( August 2, 1946, ch.646, Title IV, 60 Stat. 812, 28 U.S.C. Part VI, Chapter 171 and 28 U.S.C. § 1346, Civil Rights Lawsuit: Text of Section 1983, Personal Injury ( Sec. 95.11(3)(a)&(o)., Claims Against State & Local Governments (Sec.768.28(6)., No Cap On Pain and Suffering (Sec. 768.28(5)., 768.73 Punitive Damages, 18 U.S. Code § 1964 Civil Remedies, Civil Rights Act Of 1964, Official Misconduct under Florida Statute 838.022, Statute § 838.014(4), Florida Statute §

Code § 2261A - Stalking, U.S. Code § 2332a - Use of weapons of mass destruction, Title
18, U.S.C., Section 241 Conspiracy Against Rights, Title 18, U.S.C., Section 242
Deprivation of Rights Under Color of Law, 784.011 Assault, 18 U.S. Code § 1505 -
Obstruction of proceedings before departments, agencies, and committees, 42 U.S. Code
§ 3617 - Interference, coercion, or intimidation, 18 U.S. Code § 1512 - Tampering with a
witness, victim, or an informant, Obstruction of Justice: Witness Tampering (18 U.S.C. §§
1512, 1503), 18 U.S. Code § 2441 - War crimes: intentional attacks against civilians;
torture; unlawful confinement; 18 U.S. Code § 1038. False information and hoaxes, Future
Medical Expenses, Household Services ( In Home Services ), Loss of Consortium, Loss of
Enjoyment of Life, Loss of Society and Companionship, Lost Wages, Medical Expenses,
Mental Anguish, Pain and Suffering, Special Damages, Lost Some Earning Capacity,
Disfigurement, Loss of Affection, Intentional Tort, Invasion of Privacy, Intentional Infliction
of Emotional Distress, Slander, Libel, Defamation, Breach of Duty too use Caution and
Care, and Other Charges.

24. On The Plaintiff's standard form 95 under number eight (8) she is correcting an error that
should state on the third sentence: The Plaintiff suffered an actual loss, injury, or
damages that were directly caused by the Defendants actions, or failure to act.

25. On The Plaintiff's standard form 95 under number eight (8) she is correcting an error that
should state on the third sentence: The Plaintiff suffered an actual loss, injury, or
damages that were directly caused by the Defendants actions, or failure to act.

IV. Irreparable Injury

Explain why monetary damages at a later time would not adequately compensate you for the
injuries you sustained, are sustaining, or will sustain as a result of the events described above,
or why such compensation could not be measured.

1. **The Plaintiff is a CEO and there have been several assassination attempts on The
Plaintiff and her families lives since doing complaints with all U.S. Government
Employee Departments involved. What are assassinations attempts? Assassination**
attempts are murders of a prominent or important person [1] such as a head of state,
head of government, politician, member of a royal family, or CEO. An assassination may
be prompted by political and military motives, or done for financial gain, to avenge a
grievance, from a desire to acquire fame or notoriety, because of a military, security,

assassination have been performed since ancient times. A person who carried out an assassination is called an **assassin** or hitman. Between March 2021 and Present Day (August 2022) While The Plaintiff and her family visited other family and worked in Ga. U.S. Government employees, FBI informants, FBI Agents, DHS Agents, Retired Ex-Military Employees, Off duty Police Officers, Off Duty Firefighters, Private security, Secret Police, U.S. Government Research/Illegal Human Experimentation Employee's/Affiliates, Private Company Research/Illegal Human Experimentation Employee's/Affiliates, John Does, Jane Does, U.S. Government contractors, U.S. Government subcontractors, commandeering neighbors homes of my family in (Counties Fayette and Fulton) Palmetto Ga, in Tyrone Ga, PeachTree City Ga, (Cobb County) Atlanta Ga, Vinings Ga, Smyrna Ga, and other building structures in the name of " National Security " fraudulently, illegally, and unconstitutionally in order to gain close proximity to The Plaintiff and her family. To illegally continue suppression of lawsuits and all crimes committed against The Plaintiff and her family by rouge U.S. Government Employee's. The Plaintiff and her family were illegally and unconstitutionally subjected to Illegal Human Research/Human Experimentation on American soil. Illegal Human Research/Human Experimentation subjects are threaten, harassed, assaulted, stalked, poisoned, to inflict maximum torturous pain, and are illegally and unconstitutionally subjected to attempted assassinations repeatedly desperately by U.S. Governments rogue employee's to continue to cover up their crimes against innocent Plaintiffs whom are seeking legal civil lawsuits against The United States Government. A wide variety of military war crimes and domestic terrorist tactics illegally and unconstitutionally were attempted including, but not limited to disseminate misinformation and lies in order to further alienate and isolate The Plaintiff and her family so that they couldn't reach out to anyone for help to combat horrific events that The Plaintiff and her family were and still is being subjected too while in Georgia. The desired outcomes of these torture tactics are to desperately attempt to drive The Plaintiff and her family crazy, attempt to artificially induce medical conditions, attempt to artificially induce mental illness, and or to induce physical aggressiveness, desperately trying to cause The Plaintiff and her family to be jailed and or placed in a mental institution. If jailed or institutionalized unfortunately law abiding American Citizens are discredited, illegally and unconstitutionally allowing the continuation of domestic-counter-terrorism tactics on 'persons of interest illegally and unconstitutionally by U.S. Government employee's, FBI informants, FBI Agents, DHS Agents, Retired Ex-Military Employees, Off duty Police Officers, Off Duty Firefighters, Private security, Secret Police, U.S. Government Research/Illegal Human Experimentation Employee's/Affiliates, Private Company Research/Illegal Human Experimentation Employee's/Affiliates, John Does, Jane

Does, U.S. Government contractors, U.S. Government subcontractors on American soil.

2. **On either** <u>January 29</u>**, 30, or 31, 2022 While The Plaintiff traveled with her family on Highway 74 between Tyrone Ga, and Peachtree City Ga, they were stalked, boxed in, car hacked/car malfunctioned, illegally tapped our mobile devices, and placed military grade malware that changes dates and times for recording and taking pictures, and harassed by U.S. Government employee's/affiliates FBI informants, FBI Agents, DHS Agents, Retired Ex-Military Employees, Off duty Police Officers, Off Duty Firefighters, Private security, Secret Police, U.S. Government Research/Illegal Human Experimentation Employee's/ Affiliates, Private Company Research/Illegal Human Experimentation Employee's/ Affiliates, John Does, Jane Does, U.S. Government contractors, U.S. Government subcontractors. Tag #'s X1J557 TRO Pro Black Truck, CMD3374 Silver/Grey Nissan Armada, and TBN0843 Silver/Grey Transit Explorer Van with darkest #5 tints and others). The Plaintiff's domestic partner was eating out at Ray's on The River in Atlanta Ga with co-workers and a flesh eating bug ( biochemical weapon ) was strategically placed in his food (Assassination attempts), this pathogen ate out holes in his face within hours of leaving this restaurant.** <u>On February 4</u>**, 5, or 6, 2022** <u>between 3pm and 9pm</u> **The Plaintiff's domestic partner and family went to Well Star** <u>Urgent Care Center 4441 Atlanta Road SE Smyrna Ga 30080</u> **and the two (2) white female doctors there misdiagnosed him to coverup for whom ever did this. The Plaintiff has this on video. If you notice on the recording, one of the doctors said (The White Doctor with a heavy European accent) she doesn't want to go to jail. She said this because The Plaintiff wrote The DHHS OCR U.S. Government Federal Department about illegal medical procedures being done to her daughter and herself without her consent while at Memorial Hospital Miramar in Florida in November year 2020. This is a clear example of Abuse of Privacy pertaining to HIPPA violations. These are Psychological Anchoring tactics pertaining to what The Plaintiff wrote in previous Federal Administrative Complaints. These doctors were obviously tipped off/called/warned/and or commanded to treat The Plaintiff and her family this way. These same doctors also tried to misdiagnose The Plaintiff's domestic partner and say in person and write on his discharge medical notes that he had and was treated for Stevens Johnson Syndrome. Several research studies show you can possibly get Stevens Johnson Syndrome if your taking pharmaceutical drugs for seizures, gout, or mental illness ( aromatic anticonvulsants for seizures and allopurinol for decreasing high blood Uric acid ) Genetic factors include human leukocyte antigen (HLA) allotypes that lead to an increased risk of SJS toxic epidermal necrolysis when exposed to aromatic anticonvulsants for seizures and allopurinol for decreasing high blood Uric acid. These doctors tried to illegally and unconstitutionally label The Plaintiff's domestic partner as**

mentally or to have his civil rights taken away. These lesions were artificially induced from a pathogen being strategically placed in his food intentionally. The Plaintiff's domestic partners co-workers ordered and ate the same meal that night, and they didn't get sick with a flesh eating bug. The Plaintiff's domestic partner has never taken medication for seizures nor has he ever taken any anti high blood uric acid medications. The same Political Abuse of Psychology tactics were used on The Plaintiff by other doctors, they think you aren't paying attention pertaining to their psychiatric fraud. This tactic is used unfortunately to discredit witnesses, take civil rights away, illegally enroll/submit/and keep people into torturous Illegal Human Research/Experimentation Programs whom have written U.S. Government Federal Departments in the form of complaints about their rogue unaccountable employee's. Everyone has a choice and those Doctors could've chosen not to participate in on the ongoing illegal and unconstitutional subliminal threats, harassment, assaults, poisoning cover ups, and gaslighting to continue to inflict maximum torturous pain. All professionals aren't ethical practicing professionals unfortunately, If The Plaintiff didn't document all and any no one would believe them. The Plaintiff and her family then went to another hospital (Piedmont Hospital in PeachTree City Ga) and they tested him for Ecoli and it was negative, but they never told him what was it that ate out his skin and left his face bloody with open pus dripping lesions. The Plaintiff believes since writing U.S. Government Federal Departments in the form of complaints about their rogue unaccountable employee's that they are blatantly trying to sabotage The Plaintiff's and her domestic partners civil cases. On either February 10, or 11, 2022 while in Florida in Palm Beach County at a hotel, toxic chemical fumes were introduced into The Plaintiff's and her families (while The Plaintiff's baby daughter was present) room intentionally that made them all feel sick. The Plaintiff called down to the lobby and she specifically asked for a maintenance personnel (handyman) to come check the air conditioning unit and to inspect the room. A hotel maid was sent up to our room unfortunately and offered to spray a (a pinkish purple) chemical that was inside of a bottle and we declined. The same maid knocked on the door a second time while The Plaintiff was on the phone complaining and speaking with a EPA representative trying to get someone to come there to test the air in their hotel room by use of a V.O.C canister test. The Plaintiff tried to get proper information as to what proper forms of U.S. Government Departments perform V.O.C test. The Plaintiff's attempts for help over the phone with the EPA representatives at that time were unsuccessful. The Plaintiff was told to call the police and ambulance service by a hotel shift manager when they went down stairs to get a refund to leave. The Plaintiff declined to call the police and ambulance, The Plaintiff didn't trust this unfortunate situation. Again the desired outcomes of these torture tactics are to desperately attempt to drive The Plaintiff and her family crazy,

attempt to artificially induce medical conditions, attempt to artificially induce mental illness, and or to induce physical aggressiveness, desperately trying to cause The Plaintiff and her family to be jailed and or placed in a mental institution. The Plaintiff and her family left this hotel with their cash refund. The day before this happened The Plaintiff and her family went to The Federal Court House in Broward County Florida for her to get a Federal Civil Rights Complaint (Lawsuit) to file pertaining to previous civil rights violations against herself while being a witness in The Plaintiff's domestic partners fraudulent criminal cases. The Plaintiff is a Pro Se' litigant, and a woman of African Dissent, seeking Civil Justice for her daughter and herself. This definitely wasn't a coincidence that toxic chemical fumes that were introduced into The Plaintiff and her family hotel room out of clear and blatant desperate legal sabotage by whom this current FTCA Reason for Claim Letter is regarding and prior FTCA and Florida Tort Reason for Claim Letters are about. There is also a list of other unfortunate life threatening incidents, The Plaintiff will definitely need a federal injunction ( Federal Protection ) against all parties involved in these war crimes against The Plaintiff and her family. The Plaintiff has knowledge of lawsuits pertaining to primates in California. The doctors that rescued the remaining primates from this baseless evil research reported that these primates were electronically shocked, as they did the same to The Plaintiff and her family members in cars they drove. It was reported that toxic chemicals were introduced by force into the primates brains to attempt to get them to react in a psychotic way, as they did the same to The Plaintiff and her family members inside and outside of cars, and hotels (in Florida and Georgia) they stayed in while traveling for business. Doctors also reported that researchers would give dirty mean intimidating looks to attempt to instill fear in the primates, as to the same was done to The Plaintiff and her family and by continuously introducing military style, illegal and unconstitutional, war crime domestic terrorist tactics. After all of these evil barbaric crimes were committed against these helpless primates, they were put to sleep. As to the same was attempted (assassination attempts) on The Plaintiff and her family on several occasions. After animal rights groups heard about what happened to these primates, a team of lawyers got together and filed suit against all involved in the animal abuses. The Plaintiff and her daughter are Americans of African descent in America, The Plaintiff represents her daughter and herself Pro Se' because the Plaintiff clearly doesn't have the same privileges as primates in America. Since The Plaintiff publicly sought justice to find hospitals/doctors offices for proper medical treatment, most have refused to give a proper medical diagnosis and properly medically treat The Plaintiff and her daughter. The Plaintiff had to go to a radiologist office on our own (without a referral/seeing a family physician prior) and pay for X-ray and ultrasound images for prior medical battery/ medical procedures without her consent. The day The Plaintiff received the X-rays and

Ultrasound images, her car had toxic chemicals (**Assassination attempt**) coming inside of the car cabin that made her eyes extremely watery and blurry. The Plaintiff could have crashed with her daughter in the car. The Plaintiff and her family are definitely being retaliated against and targeted for finding out the truth and for seeking justice on American soil.

3. The Plaintiff and her family are being discriminated against by U.S. Government Employee's/Affiliates and Private Companies involved. Certain Hospitals in Georgia since doing a complaint have been misdiagnosing The Plaintiff and her family after they've gone in for incidents of toxic chemical inhalation coming in their car and families home done by whom they believe are U.S. Government Employee's/Affiliates and Private Companies involved criminal hires. These chemicals made them sick along with their children. The Plaintiff also went to a Pediatricians office in College Park Ga a few times and the inside and outside of her car were sprayed with toxic chemicals/inside and outside of her car introduced with toxic chemicals (**Assassination** attempts). The Plaintiff signed up to attend The Defeat the Mandates in Washington and more toxic chemical fumes (**Assassination-attempt**) were introduced inside of her families homes in Georgia. A Private company in particular shut down The Plaintiff's email for weeks obviously because she was receiving educational emails pertaining to Covid-19. The Plaintiff literally had a conversation through messenger chat with this Private Company involved Rep telling her she didn't have enough storage space on the device to receive emails, all along she did have the space ( two terabytes of space). The Plaintiff was sent emails from Florida Senators Offices to attend Mobile Hours for Americans whom possibly need help with U.S. Federal Departments. The Plaintiff believes since Privates companies colluded with the U.S. Government military grade malware/computer viruses was placed on her and her families electronic devices so that their devices wouldn't work properly and those meetings would be missed. All of these unfortunate incidents were definitely politically motivated. We have every complaint and proof of petitions we signed in good faith.

4. The Plaintiff's domestic partner did a complaint to the EPA through the online portal while at her families house in Georgia. "There is a gas coming into my mother in laws home via the electrical sockets, it is white in color and appears as smoke/vapor. Sometimes it smells like sulfur, sometimes the gas/smoke/vapor fills up the entire home with white smoky/white cloudy appearance and this is very alarming. There are seniors, adults, young adults and a baby in the home that have been affected by these gases. There is a water pumping station right behind their home and the only thing that separates the properties is 1/8" PVC fence. The reason I mention this is because I once managed a

Water Treatment Chemical Production Plant for 5 years and was able to identify the smell (sulfur dioxide/sodium bisulfite) when the initial incident occurred approximately 7 months ago. The sulfur dioxide/caustic soda and water are used to make sodium bisulfite which is used to lower the pH levels in hard water. There is approximately 150ft between the home and the pumping station. I am also familiar with how water treatment chemicals will escape water and release toxic gases/fumes/vapors into the air immediately affecting the quality of the air in the surrounding area and astronomically over the ppm threshold value that was captured via V.O.C. testing that was performed by a specialty third party American Environmental Testing Lab Company. This has caused numerous health issues amongst my family, they have all been to the hospital/primary care physicians regarding the respiratory issues, amongst other complications to document and capture the impact it has had on their health over the past several months. What is happening is happening here is an ILLEGAL HEALTH HAZARD & HAS TO BE STOPPED IMMEDIATELY! Fulton/ Fayetteville will be served with a complaint from my lawyer pertaining to this and all the parties that were notified about this negligent unprofessional behavior whom decided not to investigate what is being reported by a law abiding tax paying citizen and whom choose not to intervene will also be added to the complaint and lawsuit. (Another example of **Assassination** attempts)

5. At The Plaintiff families home and mailing address in Florida since March 2021 USPS Employees have tampered ( Opened and Wrote All Over) with our mail, stole mail, returned our mail back to sender, and told her family that they were not going to deliver their mail. USPS Employees also refused to deliver first class ( The Plaintiff paid over \$600.00 in this transaction ) next day delivery for FTCA /FLORIDA TORT Lawsuits against The City of North Miami Beach and The North Miami Beach Police Department. The USPS also refused to release the insurance payment and a refund for these transactions that The Plaintiff claimed and attempted to collect on Insurance Claim ID #:8065373 for tracking # EJ684016689US on 12/03/2021 and Insurance Claim ID #:8065453 for tracking # EJ684016922US on 12/04/2021.

6. The Plaintiff drives a car that has a computer built inside, The Plaintiff's car is hacked. The Plaintiff's car zaps electrical charges to the top of whom ever is driving head every so often. The SOS beeps extremely loud (noise harassment) continuously while her and her family drive the car. Hazardous toxic chemicals (**Assassination** attempts are murders of a prominent or important person [1] such as a head of state, head of government, politician, member of a royal family, or CEO. An assassination may be prompted by political and military motives, or done for financial gain, to avenge a grievance, from a desire to

acquire fame or notoriety, because of a military, security, insurgent or secret police group, command to carry out the assassination. Acts of assassination have been performed since ancient times. A person who carried out an assassination is called an **assassin** or hitman.) are coming out into the cabin simultaneously as well. This is a hazard while driving and extremely irritable, toxic, and dangerous to The Plaintiff and her family and whom ever rides in the car. The Plaintiff have tried on several occasions to take the car to the dealership to get it repaired so that the beeping and toxic chemicals can stop completely inside of the cabin. All of the dealerships that The Plaintiff took her car to all gave excuses to why they didn't and couldn't touch/fix my car. The Plaintiff has receipt proof and video of times her and her family took her car to get repaired so that the beeping stops. The Plaintiff's car was hacked by U.S. Government employee's/private companies affiliates that are involved in these crimes against her family and herself. We also called and emailed the cars manufacturer about these issues and nothing has been done. It's almost as if they are being told not to properly assist her. The Plaintiff's car isn't supposed to have a router active, nor should it have Wi-Fi currently. The Plaintiff's Wi-Fi was canceled over six (6) months ago by the cars manufacturer because of the year of the car. This Wi-Fi router was illegally and unconstitutionally added to her car without The Plaintiff's consent when the Plaintiff's car was towed in Georgia. In videos The Plaintiff and her family were able to capture for evidence it shows programs loading/updating in her car. The Plaintiff's car now has two (2) Wi-Fi icons along with a second cd icon, on videos The Plaintiff recorded you can see how the icons are clearly there when it shouldn't be double which is a clear indication that something extra was added to her car illegally without her consent. The Plaintiff's car doesn't come with two (2) Wi-Fi routers, certain car functions can be controlled with internet access. Like open car doors to maliciously cause the owner/driver harm, strategically place toxic chemical/bio-weapons on surfaces, tamper/add-on pumping apparatuses possibly connected to her cars a/c unit to remotely introduce chemicals on demand. If hired U.S. Government Employee's/ Affiliates and Private Company Employee's/Affiliates criminals have access to your car which is a vulnerability, they can cause all kinds of illegal evil things from just having access to your car. The Plaintiff and her family believes these were all failed assassination attempts. U.S. Government Employee's/Affiliates and Private Company Employee's/ Affiliates that participated in all torturous criminal activities against The Plaintiff and her family desperately wanted to make witnesses and Pro Se' Litigants appear as if they had mental issues/problems that don't exist because they got caught committing federal war crimes against The Plaintiff and her family and now are being sued in The U.S. Federal Courts. The Plaintiff has witnesses and videos of the inside of her car when it starts going haywire. Electronic devices that The Plaintiff's family and she own have been logging in

consented/authorized for any Apps, by any Governments, Universities, College's, Hospitals, Doctors, Insurance Companies, Attorney's, Profited Organizations, Non-Profited Organizations, Military Department's, Federal and State local Government Department's, Public Entities, Private Entities, Churches, Jane Doe's, John Doe's, Contractors, and Subcontractors here on earth or in space to log their vitals in smart device backgrounds. The Plaintiff doesn't now nor has she ever owned any smart watches. The Plaintiff and her family also have been illegally and unconstitutionally subjected to phone wiretaps, military grade malware on our mobile devices, military grade malware on their computers, families home surveillance systems hacked (videos were scrubbed during/after vandalism crimes were committed) military style hacking of Wi-Fi at their families home, military grade malware that changes dates and times for recording and taking pictures, it has the ability to change things you wrote previously in notes as well.

7. Deliberate torturous assaults and assassination attempts fall under WAR CRIMES which are human and civil rights abuses and violations on American soil. We have evidence of this as well. U.S. Government Employee's/Affiliate's and Private Company Employee's/Affiliate's didn't care how these crimes affected our children, relatives and other witnesses. U.S. Government Employee's/Affiliate's and Private Company Employee's/Affiliate's intentionally made The Plaintiff and her family sick because WE FILED LAWSUITS. Toxic Chemicals was literally pumping into The Plaintiff's families home all morning on 08/04/2021 in Georgia. Some relatives have had sinus drippings for weeks. It's not illegal to petition our government and the whole entire world will know what the U.S. Government Employee's/Affiliate's and Private Company Employee's/Affiliate's did to The Plaintiff's family and herself. The Plaintiff has over three (3) years worth of hard admissible evidence to prove all of her claims. Inside jobs all arrogantly orchestrated by U.S. Government Employee's/Affiliate's and Private Company Employee's/Affiliate's. The Plaintiff's civil cases will be shared with the American Public and everyone involved that committed/participated in these War Crimes whom colluded with The U.S. Government Employee's/Affiliate's and Private Company Employee's/Affiliate's identities that were concealed for Political Favors of U.S. Government Employee's/Affiliate's and Private Company Employee's/Affiliate's against The Plaintiff that wasn't added on to this lawsuit at this time will be added on at a later time. The Plaintiff is a Black American in America and The WHOLE ENTIRE WORLD will know that The Plaintiff was attacked repeatedly for telling the truth about how she witnessed rogue U.S. Government Employee's violating an innocent White American Man Constitutional Rights and how they tried to cover it up by

trying to murder her to further cover up for themselves and the white wealthy family involved. A cover up, to cover a cover up. I will NEVER FORGET ANY OF IT. Who makes laws, votes these laws into congress and doesn't abide by their own laws that they voted into Congress and gets caught cheating several times? U.S. Government Employee's/ Affiliate's and Colluded Private Company Employee's/Affiliate's Participate in murders on American soil against Pro Se' Litigant Americans just to win court cases. THERE IS NOTHING GODLY ABOUT MURDERING INNOCENT AMERICANS TO WIN COURT CASES. There were Several Attempts on The Plaintiff and her families lives, if this happened to her, she's certain that this happens all the time to Black Americans who bring lawsuits against The United States Of America. Cheating is an understatement and a fool she won't ever be again. BY GOD GRACIOUS MERCY THE PLAINTIFF WAS ABLE TO FILE HER LAWSUIT AGAINST THE UNITED STATES GOVERNMENT.

8. This case is related to another Plaintiffs Civil Case # 1:22-CV-22105-JLK that was Filed with the Florida Federal Southern District in Miami Florida. This case is also related to The Plaintiff's other civil case # 1:22-CV-3080-MHC that was filed in the Northern District of Georgia Federal Court as well as a TRO and Injunction for this case with all details of all crimes committed against The Plaintiff and her family.

10. The Defendants illegally installed a OBD II LTE 4G-5G WI-FI Router Telephone Bluetooth GPS tracking device on to The Plaintiffs private vehicle and needed a warrant before doing so. All further operation of the tracker, including data collection, was an illegal and an unconstitutional seizure. The Plaintiffs private recordings and storage of her data from this OBD II LTE WI-FI Bluetooth GPS tracking device which constitutes a seizure because those actions memorialize private information. The Defendants abused the judiciary process and that clearly threatens The Plaintiffs fundamental privacy rights. The Defendants (The United States Government and Private Companies) also violated The Plaintiffs fourth amendment rights by illegally and unconstitutionally installing a OBD II LTE WI-FI Bluetooth GPS tracking device on to The Plaintiffs private vehicle without a valid warrant and without her consent. The Private companies listed here below under # thirty eight (38) that own the OBD II LTE WI-FI Bluetooth GPS tracking 4G-5G device that was illegally installed without The Plaintiffs consent, without regarding The Plaintiffs Civil Rights and Constitutional Rights, and without regarding The Plaintiff and her Families Health as competent Americans living here on American soil. In a Statement On The Bosch's Corporation website regarding The Mojio Corporation it states " Integrated Connected Mobility Solutions: Mojo's cloud platform and SaaS solutions, combined with Bosch's deep automotive expertise and advanced technologies, are accelerating the

development and deployment of connected mobility services to automakers, mobile network operators and consumers around the world." In a Statement On The Mojios Corporation website regarding The T-mobile and Deutsche Corporations it states " Mojo delivers a smarter, safer and more convenient vehicle ownership experience to the subscribers of major network operators, including Deutsche Telekom in Europe, T- Mobile in the United States and TELUS in Canada." ( All Defendants ) The United States Government, All Of The Private Companies listed above, The North Miami Beach Police Department, The City Of North Miami Beach, The Hollywood Police Department, The City Of Hollywood, The Department of Justice, The Department Of Homeland Security, Jane Does, John Does, and The Federal Bureau of Investigations along with other Federal Departments that are listed in pre-suit FTCA Complaint Claim Letters Interests was to accomplish an improper purpose that was collateral to the proper object of the Criminal and Civil Judicial Process and this definitely offends justice.

The Owners of the Mojio OBD II LTE 4G-5G WI-FI Router Telephone Bluetooth GPS tracking device that was illegally installed without The Plaintiffs consent are listed below:

1. Mojio Inc. Corporate Offices 1080 Howe Street 9th Floor Vancouver, BC V6Z 2T1 Canada

2. Mojio Inc. Corporate Offices 808 W Hastings Street #1100 Vancouver, BC V6C 2X4 Canada

3. Mojio Inc. Corporate Offices 300 Orchard City Drive #100, Campbell, CA 95000

4. Microsoft One Microsoft Way, Redmond, WA 98052,

5. T-Mobile 3618 Factoria Blvd SE, Bellevue, WA 98006, USA

6. Deutsche Telekom Bonn HQ Friedrich-Ebert-Allee140 Germany

7. Robert Bosch GmbH Robert-Bosch-Platz 1, 70839 Gerlingen, Germany

8. Deutsche Telekom Bonn HQ Friedrich-Ebert-Allee140 Germany

9. Audi Ettinger Str. 105, 85057 Ingolstadt, Germany

10. Amazon Headquarters 410 Terry Ave. N Seattle, WA 98109

11.  **Vivint Inc. 4931 North 300  Provo, UT 84604**

**V. Relief**

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

1.  **The Plaintiff damages total $280,570,900.00 The Defendants did send a letter from the Department of Justice letting her know they received her claim. The Defendants still chose to participate until present day in on illegal, barbaric, and unconstitutional WAR CRIMES against The  Plaintiff and her family. The Defendants had a duty and owed service to the plaintiff/victim. The Defendants failed that duty, and violated a promise or obligation to the Plaintiff. The Plaintiff suffered actual losses, injuries, and damages that were directly caused by the Defendants actions or failure to act. The Plaintiff and her children are going to need hired security for the rest of their lives because of the amount of people, Companies, and U.S. Government Employee's involved in these WAR crimes against the Plaintiff. The facts above are showing that the Plaintiff is entitled to have this injunction and other relief sought in this complaint granted. The Defendants all above violated all rights, laws, and statutes listed below. The Federal Tort Claims Act (28 U.S.C. 1291, 1346, 1402, 2401, 2402, 2411, 2412, and 2671 through 2680) ( August 2, 1946, ch.646, Title IV, 60 Stat. 812, 28 U.S.C. Part VI, Chapter 171 and 28 U.S.C. § 1346, Civil Rights Lawsuit: Text of Section 1983, Personal Injury ( Sec. 95.11(3)(a)&(o)., Claims Against State & Local Governments (Sec.768.28(6)., No Cap On Pain and Suffering (Sec. 768.28(5)., 768.73 Punitive Damages, 18 U.S. Code § 1964 Civil Remedies, Civil Rights Act Of 1964, Official Misconduct under Florida Statute 838.022, Statute § 838.014(4), Florida Statute § 838.014(5), 768.31 Contribution Among Tortfeasors 768.0755 Florida Statute 76 18 U.S. Code § 2261A - Stalking, U.S. Code § 2332a - Use of weapons of mass destruction, Title 18, U.S.C., Section 241 Conspiracy Against Rights, Title 18, U.S.C., Section 242 Deprivation of Rights Under Color of Law, 784.011 Assault, 18 U.S. Code § 1505 - Obstruction of proceedings before departments, agencies, and committees, 42 U.S. Code § 3617 - Interference, coercion, or intimidation, 18 U.S. Code § 1512 - Tampering with a witness, victim, or an informant, Obstruction of Justice: Witness Tampering (18 U.S.C. §§ 1512, 1503), 18 U.S. Code § 2441 - War crimes: intentional**

attacks against civilians, torture, unlawful confinement, 18 U.S. Code § 1038. False information and hoaxes, Future Medical Expenses, Household Services ( In Home Services ), Loss of Consortium, Loss of Enjoyment of Life, Loss of Society and Companionship, Lost Wages, Medical Expenses, Mental Anguish, Pain and Suffering, Special Damages, Lost Some Earning Capacity, Disfigurement, Loss of Affection, Intentional Tort, Invasion of Privacy, Intentional Infliction of Emotional Distress, Slander, Libel, Defamation, Breach of Duty too use Caution and Care, and Other Charges.

2. **§ 750.32 Suits under the Federal Tort Claims Act (FTCA). a) *Venue*.** Venue is proper only in the judicial district where the plaintiff resides or where the act or omission complained of occurred. 28 U.S.C. 1402. The Plaintiff resides in Georgia with her family.

3. The Defendants installed a OBD II LTE WI-FI Bluetooth GPS tracking device on to The Plaintiffs private vehicle and needed a warrant before doing so. All further operation of the tracker, including data collection, was an illegal and an unconstitutional seizure. The Plaintiffs private recordings and storage of her data from this OBD II LTE WI-FI Bluetooth GPS tracking device which constitutes a seizure because those actions memorialize private information. The Defendants abused the judiciary process and that clearly threatens The Plaintiffs fundamental privacy rights. The Defendants (The United States Government and Private Companies) also violated The Plaintiffs fourth amendment rights by illegally and unconstitutionally installing a OBD II LTE WI-FI Bluetooth GPS tracking device on to The Plaintiffs private vehicle without a valid warrant and without her consent. The Private companies listed here below under # thirty eight (38) that own the OBD II LTE WI-FI Bluetooth GPS tracking 4G-5G device that was illegally installed without The Plaintiffs consent, without regarding The Plaintiffs Civil Rights and Constitutional Rights, and without regarding The Plaintiff and her Families Health as competent Americans living here on American soil. In a Statement On The Bosch's Corporation website regarding The Mojio Corporation it states " Integrated  Connected Mobility Solutions: Mojo's cloud platform and SaaS solutions, combined with Bosch's deep automotive expertise and advanced technologies, are accelerating the development and deployment of connected mobility services to automakers, mobile network operators and consumers around the world." In a Statement On The Mojios Corporation website regarding The T-mobile and Deutsche Corporations it states " Mojo delivers a smarter, safer and more convenient vehicle ownership experience to the subscribers of major network operators, including Deutsche Telekom in Europe, T- Mobile in the United States and TELUS in Canada." ( All Defendants ) The United States Government, All Of The Private Companies listed above, The North Miami Beach Police Department, The City Of North Miami Beach, The

Hollywood Police Department, The City Of Hollywood, The Department of Justice, The Department Of Homeland Security, Jane Does, John Does, and The Federal Bureau of Investigations along with other Federal Departments that are listed in pre-suit FTCA Complaint Claim Letters Interests was to accomplish an improper purpose that was collateral to the proper object of the Criminal and Civil Judicial Process and this definitely offends justice.

Mojio Inc. Corporate Offices
1080 Howe Street 9th
Floor Vancouver, BC
V6Z 2T1 Canada

Mojio Inc. Corporate Offices
808 W Hastings Street #1100
Vancouver, BC V6C 2X4 Canada

Mojio Inc. Corporate Offices
300 Orchard City Drive
#100, Campbell, CA 95000

Microsoft
One Microsoft Way,
Redmond, WA 98052,

T-Mobile
3618 Factoria Blvd
SE, Bellevue, WA 98006, USA

Deutsche Telekom
Bonn HQ
Friedrich-Ebert-Allee140
Germany

Robert Bosch GmbH
Robert-Bosch-Platz 1,
70839 Gerlingen, Germany

Deutsche Telekom
Bonn HQ
Friedrich-Ebert-Allee140
Germany

Audi
Ettinger Str. 105, 85057
Ingolstadt, Germany

Amazon Headquarters 410
Terry Ave. N Seattle, WA 98109

Vivint Inc.
4931 North 300
Provo, UT 84604